[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Christopher McClurge )

Plaintiff )

)

)

v. )

)

Ferrara Pan Candy Co )

Defendant )

)

**United States District Court**
**Northern District of Illinois**

1:19-cv-0959
Judge: Jorge L. Alonso
Magistrate Judge: Sidney I. Schenkier

**COMPLAINT**

I wanna sue my gob cause they lost my time card an refuse to give me another time card, because of that all my paychecks been short of my wages, my coworkers are having the same problems but they are scare to sue cause they fear they may lose their jobs. Sincerly Christopher McClurge 2 14 2019

**RECEIVED**

FEB 14 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]